DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JUAN C. MONTOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. MONTOYA, <br>     Petitioner, <br>     v. <br> LEE WONG, Warden, et al. <br>     Respondents. | No. CIV S-06-2082 FCD CMK <br><br> PROPOSED ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Steve M. Defilippis shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: October 17, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE