IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

    Petitioner,                  No. CIV S-06-2082 FCD CMK P

    vs.

LEE WONG, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding with appointed counsel in this habeas action. On October 13, 2006, petitioner filed a second application to proceed in forma pauperis. As the court granted petitioner's first in forma pauperis application on September 28, 2006, the second application (doc. 8) is denied as moot.

IT IS SO ORDERED.

DATED: October 18, 2006.

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

1