IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

    Petitioner,               No. CIV S-06-2082 FCD CMK P

    vs.

WONG, Warden,              <u>Order to Show Cause and Vacating</u>

    Respondent.           <u>Status Conference</u>

_____/

        Petitioner is a state prisoner proceeding with appointed counsel in this habeas application. By order filed September 28, 2006, the court, among other things, directed respondents to file a response to this petition in forty five days and set a status conference in this matter for December 12, 2006.

        To date respondent has neither filed a response nor requested an extension of time to do so. The court will order respondent to show cause why a response has not been filed. Either a responsive pleading or a request for an extension of time to file such will be a satisfactory response to the order to show cause.

        In a status report filed November 28, 2006, petitioner's counsel avers that he is missing necessary documents in this case. Petitioner's counsel seeks that this court put this matter over until after the holiday season. Good cause appearing the court will vacate the

December 12, 2006 status conference. The status conference will not be rescheduled, unless the parties so request.

IT IS ORDERED THAT:

1. Respondent is ordered to show cause in writing, within fifteen days of the date this order is filed, why a response has not been filed. Either a responsive pleading or a request for an extension of time to file such will be a satisfactory response to the order to show cause.

2. The status conference set for December 12, 2006 before the undersigned is vacated.

DATED: November 30, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE