IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

      Petitioner,                   No. CIV S-06-2082 FCD CMK P

   vs.

LEE WONG, Warden, et al.,         Order Discharging Order to Show Cause

      Respondents.              And Ordering a Response

_____/

      Petitioner is a state prisoner proceeding with appointed counsel in this habeas action. By order filed September 28, 2006, the court ordered respondents to file a response to petitioner's habeas application and ordered the Clerk of the Court to serve a copy of this order and a copy of the petition on Michael Farrell, Senior Assistant Attorney General. When respondent failed to file an answer, the court issued an order to show cause by December 16, 2006. Although the docket reflects that a copy of the court's September 28, 2006 order and a copy of the petition were served on Michael Farrell (doc. 6), it has become clear to the court through inquiries to the Attorney General's office that the petition was not served. Accordingly, the court will discharge the order to show cause, order a copy of the petition and the court's September 28, 2006 order re-served on the respondent, and will order a responsive pleading filed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Order to show Cause filed December 1, 2006 (doc. 12) is discharged.

2. The Clerk of the Court is directed to re-serve a copy of the petition (doc. 1) and a copy of the Court's September 28, 2006 order (doc. 5) on Michael Farrall, Senior Assistant Attorney General and on Brian Smiley, Deputy Attorney General.

3. Respondents are directed to file a response to the petition within thirty days from the date this order is filed.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

DATED:   December 13, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE