IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

    Petitioner,                                       No. CIV S-06-2082 FCD CMK P

    vs.

R. WONG, Warden,

    Respondent.

_____/             <u>ORDER</u>

        Currently before the court is respondent's motion for an extension of time to file a responsive pleading to petitioner's habeas application. This motion is based on the grounds that petitioner's appointed counsel has not yet informed the court whether petitioner intends to stand on the instant petition, file an amended petition based on the four existing claims, or seek to raise additional claims.

        In his status report filed November 28, 2006, petitioner's counsel informed the court that he was awaiting receipt of the necessary documents to make such a decision. Accordingly, the court will order petitioner's counsel to advise the court, within thirty days from the date of this order, whether petitioner intends to stand on the instant petition, file an amended petition based on the four existing claims, or seek to raise additional claims. The court will

///

extend the time for respondent to file an responsive pleading to forty-five days after petitioner either files an amended petition or advises the court that he intends to stand on the existing petition.

        IT IS ORDERED THAT:

        1. Petitioner's counsel, shall, within thirty days of the date this order is filed, inform the court, in writing, whether petitioner intends to stand on the instant petition, file an amended petition based on the four existing claims, or seek to raise additional claims.

        2. Respondent is granted an extension of time to file a responsive pleading.

        3. Respondent shall file a response to petitioner's habeas application within forty-five days of petitioner either filing an amended petition or informing the court that he intends to stand on his existing petition.

DATED: January 9, 2007.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE