IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

      Petitioner,                             No. CIV S-06-2082 FCD CMK P

   vs.

LEE WONG, Warden, et al.,                <u>ORDER</u>

      Respondents.

_____/

      Petitioner is a state prisoner proceeding with appointed counsel in this habeas action. Pursuant to the court's January 9, 2007 order, petitioner, through his counsel, has informed the court that he plans to file an amended petition. Due to the need to more fully review documents relevant to this filing, counsel requests that the deadline to file an amended petition be extended to March 15, 2007. Good cause appearing, the court will grant petitioner's request.

///
///
///
///
///

1

IT IS ORDERED that:

1. Petitioner shall file an amended petition on or before March 15, 2007.

2. Respondents are granted forty-five days from the date that petitioner filed an amended petition to file a response.

DATED: February 15, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE