IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

    Petitioner,   No. CIV S-06-2082 FCD CMK P

    vs.

LEE WONG, Warden, et al.,

    Respondents.

_____/   ORDER

    Petitioner, through appointed counsel, seeks an extension of time to file his first amended petition for a writ of habeas corpus. Good cause appearing, the court will grant petitioner's request.

    IT IS ORDERED THAT petitioner's first amended petition for a writ of habeas corpus is due on or before April 15, 2007.

DATED: March 21, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE