IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN C. MONTOYA,

    Petitioner,                   No. CIV S-06-2082 FCD CMK P

    vs.

LEE WONG, Warden, et al.,        ORDER

    Respondents.

_____/

    On April 16, 2007, petitioner requested a second extension of time in which to file his amended habeas petition. Good cause appearing, the time for filing the first amended petition is extended through and including May 6, 2007.

    IT IS SO ORDERED.

DATED: April 17, 2007.

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE