IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. MONTOYA, | |
| Petitioner, | No. CIV S-06-2082 FCD CMK P |
| vs. | |
| WONG, Warden, | Order Granting Extension of Time to File |
| Respondent. | Amended Petition |
| _____/ | |

On May 7, 2007, petitioner's counsel requested an extension of time up to, and including, May 28, 2007, to file an amended petition. Respondent has no objection to this extension of time. Good cause appearing, petitioner shall file his amended petition on or before May 28, 2007.

IT IS SO ORDERED.

DATED: May 9, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE