IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN C. MONTOYA,**<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>**R. WONG, Warden, et al.,**<br><br>　　　　　　　　Respondents. | CIV S-06-2082 FCD CMK P<br><br>**ORDER** |

　　　GOOD CAUSE APPEARING,

　　　IT IS ORDERED that Respondent's application for a 30-day enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before August 29, 2007.

DATED: July 31, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1