IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. MONTOYA, | No. CIV S-06-2082-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| WONG, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 47).

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

1  22(b); but see Woods v. Carey, 525 F.3d 886 (9th Cir. 2008) (citing White v. Lambert, 370 F.3d
2  1002, 1010 (9th Cir. 2004), and suggesting that a certificate of appealability is not required in
3  cases where petitioner challenges the denial of parole).  For the reasons set forth in the
4  Magistrate Judge's August 31, 2009, findings and recommendations, petitioner has not made a
5  substantial showing of the denial of a constitutional right.
6        Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
7  of appealability (Doc. 47) is denied.
8  DATED: February 1, 2010

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE